IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RITA REDIKER ) | |
| ) | |
| v. ) | NO. 3:16-0543 |
| ) | |
| PEAK 10, INC. ) | |

**O R D E R**

On September 12, 2016, counsel filed a joint mediation/ADR report (Docket No. 43), in which the parties stated that they believe a judicial settlement conference would be helpful in resolving this matter. A telephonic conference was held thereafter on September 22, 2016, to discuss the parties' request for a judicial settlement conference. Counsel participating were: Kathleen Pohlid[1] and Jonathan Bobbitt for Plaintiff and Mark Stamelos and Allison Cotton for Defendant.

After consultation with counsel, this case is REFERRED to Magistrate Judge Cliff Knowles for a settlement conference on **November 7, 2016**.[2] A separate order will be entered by the Settlement Judge setting out his requirements for the settlement conference.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Ms. Pohlid has since been permitted to withdraw as counsel for Plaintiff. *See* Order at Docket No. 48.

[2] The Court notes that by the time of the judicial settlement conference, Judge Knowles will be retired, and, as discussed and agreed to by the parties, the settlement conference will be conducted by Judge Knowles' successor (who is referred to herein as the "Settlement Judge").