IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RITA REDIKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:16-cv-00543 |
| | ) | |
| v. | ) | Judge Campbell |
| | ) | |
| PEAK 10, INC., | ) | Magistrate Holmes |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |

**SECOND AGREED ORDER EXTENDING DEADLINE TO FILE MOTION FOR JUDICIAL REVIEW OF MAGISTRATE'S ORDER**

Before this Court, based on the agreement of counsel for the Parties and pursuant to Federal Rule of Civil Procedure 6, is a Second Agreed Order extending the time Defendant has to file a motion for review of Magistrate Judge Holmes's September 26, 2016 Order under Federal Rule of Civil Procedure 72 and Local Rule 72.02. The September 26, 2016 Order addresses discovery disputes concerning third party subpoenas, and the Parties are in discussions to reach an agreement regarding the production of certain documents related to those subpoenas in an attempt to avoid further motion practice on this issue.

In their prior Agreed Order, the Parties agreed to a 30-day extension up to and through November 10, 2016, of the deadline to file a motion for review of the Order. The Parties have discussed the dispute and have made progress toward resolving the matter without further motion practice. However, with a judicial settlement conference scheduled for November 7, 2016, the Parties believe it would be beneficial to extend the deadline until after the conference. The Parties have agreed to a second extension to December 2, 2016.

Finding the requests of the Parties, through respective counsel, to be appropriate under federal and local law and of assistance to judicial economy, it is:

ORDERED, ADJUDGED AND DECREED that Defendant shall have until December 2, 2016, within which to file a motion for review of Magistrate Judge Holmes's September 26, 2016 Order.

It is so ORDERED this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

PREPARED AND SUBMITTED BY:

s/Jonathan L. Bobbitt
Jonathan L. Bobbitt
Justin S. Gilbert
Gilbert Russell McWherter PLC
341 Cool Springs Boulevard Suite 230
Franklin, TN 37067
Tel: (615) 354-1144/ Fax: (731) 664-1540
jbobbitt@gilbertfirm.com
jgilbert@gilbertfirm.com
COUNSEL FOR PLAINTIFF

s/Allison M. Cotton
Mark E. Stamelos, BPR No. 021021
Allison M. Cotton, BPR No. 029286
FORDHARRISON LLP
150 3rd Avenue South, Suite 2010
Nashville, Tennessee 37201
Tel: (615) 574-6700/ Fax: (615) 574-6701
mstamelos@fordharrison.com
acotton@fordharrison.com
COUNSEL FOR DEFENDANT